757 A.2d 366

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Petitioner,**

v.

**Margaret Mary KREEB and Gary James Kreeb, Respondent.**

Supreme Court of Pennsylvania.

Aug. 24, 2000.

## ORDER

PER CURIAM:

AND NOW, this 24th day of August 2000, the petition for allowance of appeal is GRANTED, the decision of the Superior Court is REVERSED. *See Winslow–Quattlebaum v. Maryland Insurance Group and Zurich Personal Insurance,* 561 Pa. 629, 752 A.2d 878 (2000).